Glenn R. Kantor – State Bar No. 122643
 E-mail: gkantor@kantorlaw.net
Brent Dorian Brehm – State Bar No. 248983
 Email: bbrehm@kantorlaw.Net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
Leisha Aitken

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEISHA AITKEN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendant. | CASE NO. 2:22-cv-01626-DJC-AC<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION** |

STIPULATION AND ORDER FOR DISMISSAL

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, by and through their attorneys of record, that the parties have settled their dispute and request that the above-captioned action shall be, and hereby is, dismissed with prejudice.  Each party shall bear its and her own fees and costs.

DATED: July 20, 2023                    KANTOR & KANTOR, LLP

By  /s/ Brent Dorian Brehm
    Brent Dorian Brehm
    Attorneys for Plaintiffs,
    Leisha Aitken

DATED: July 20, 2023                    MAYNARD NEXSEN LLP

By:  /s/ Robert E. Hess
    Robert E. Hess
    Attorney for Defendant Unum Life Insurance
    Company of America

*Filer's Attestation:  Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, Brent Dorian Brehm hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*

### ORDER

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice. Each party shall bear its and her own fees and costs.

DATED:  July 21, 2023                    /s/ Daniel J. Calabretta
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR DISMISSAL